[No. 17118-3-III.    Division Three.    April 20, 2000.]

*In the Matter of the Custody of* SIMONE NICHELLE M.

CHESTER L.M., ET AL., *Respondents*, v. SARA ELIZABETH M., *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 95-3-00575-4, John E. Bridges, J., entered November 24, 1997. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 18448-0-III.    Division Three.    April 20, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CHADINE R. TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 98-1-00080-2, Robert Leigh Zagelow, J., entered April 28, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 18624-5-III.    Division Three.    April 20, 2000.]

*In the Matter of the Marriage of* NICK L. TERRY, *Respondent,* and KIMBERLY RAE TERRY, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 97-3-00464-1, Evan E. Sperline, J., entered July 28, 1999. *Reversed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 22306-6-II.    Division Two.    April 21, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM NELSON SCHENCK, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00210-6, Don L. McCulloch, J., entered August 18, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Hunt, J.